**LITTLER MENDELSON, P.C.**
A professional Corporation
Attorneys for Defendant
   St. James Associates, L.P. d/b/a Smith & Wollnesky
885 Third Avenue, 16th Floor
New York, New York 10022.4834
212.583.9600

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOTEL EMPLOYEES and RESTAURANT EMPLOYEES INTERNATIONAL UNION WELFARE FUND, HOTEL EMPLOYEES and RESTAURANT EMPLOYEES INTERNATIONAL UNION PENSION FUND, and H. W. WARD as Fiduciary of HOTEL EMPLOYEES and RESTAURANT EMPLOYEES INTERNATIONAL UNION PENSION FUND and HOTEL EMPLOYEES and RESTAURANT EMPLOYEES INTERNATIONAL UNION WELFARE FUND,<br><br>    Plaintiffs,<br><br>    -against-<br><br>ST. JAMES ASSOCIATES, L.P. d/b/a SMITH & WOLLENSKY,<br><br>    Defendant. | Civil Action No. 07-CV-0710<br><br>**FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant St. James Associates, L.P. d/b/a Smith & Wollensky is an affiliate of The Smith & Wollnesky Restaurant Group, which is a publicly held corporation and trades under the symbol "SWRG."

Dated: May 8, 2007

                LITTLER MENDELSON
                A Professional Corporation

By:   /S/
        A. Michael Weber (AMW 8760)
        Orit Goldring (OG 1023)
        885 Third Avenue, 16th Floor
        New York, New York 10022.4834
        212.583.9600

        Attorneys for Defendant
            St. James Associates, L.P. d/b/a Smith
            & Wollensky