UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOTEL EMPLOYEES and RESTAURANT EMPLOYEES INTERNATIONAL UNION WELFARE FUND, HOTEL EMPLOYEES and RESTAURANT EMPLOYEES INTERNATIONAL UNION PENSION FUND, and H. W. WARD as Fiduciary of HOTEL EMPLOYEES and RESTAURANT EMPLOYEES INTERNATIONAL UNION PENSION FUND and HOTEL EMPLOYEES and RESTAURANT EMPLOYEES INTERNATIONAL UNION WELFARE FUND,

          Plaintiffs,

-against-

ST. JAMES ASSOCIATES, L.P. d/b/a SMITH & WOLLENSKY,

          Defendant.

0-CV-3518

**NOTICE OF APPEARANCE**

**TO THE ABOVE-CAPTIONED COURT AND PARTIES:**

    **PLEASE TAKE NOTICE** that Orit Goldring, Esq., of Littler Mendelson, P.C., 885 Third Avenue, 16th Floor, New York, New York 10022, shall appear as counsel for Defendant St. James Associates, L.P. d/b/a Smith & Wollnesky in the above-captioned matter.

Dated: May 8, 2007
      New York, New York

                                               /S/
                                       Orit Goldring (OG-1023)

                                       LITTLER MENDELSON, P.C.
                                       885 Third Avenue, 16th Floor
                                       New York, New York 10022-4834
                                       Telephone:   212.583.9600

                                       Attorneys for Defendant