UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOTEL EMPLOYEES and RESTAURANT EMPLOYEES INTERNATIONAL UNION WELFARE FUND, HOTEL EMPLOYEES and RESTAURANT EMPLOYEES INTERNATIONAL UNION PENSION FUND, and H. W. WARD as Fiduciary of HOTEL EMPLOYEES and RESTAURANT EMPLOYEES INTERNATIONAL UNION PENSION FUND and HOTEL EMPLOYEES and RESTAURANT EMPLOYEES INTERNATIONAL UNION WELFARE FUND,<br><br>     Plaintiffs,<br><br>  -against-<br><br>ST. JAMES ASSOCIATES, L.P. d/b/a SMITH & WOLLENSKY,<br><br>     Defendant. | 07-CV-3518<br><br>**NOTICE OF APPEARANCE** |

**TO THE ABOVE-CAPTIONED COURT AND PARTIES:**

**PLEASE TAKE NOTICE** that A. Michael Weber, Esq., of Littler Mendelson, P.C., 885 Third Avenue, 16th Floor, New York, New York 10022, shall appear as counsel for Defendant St. James Associates, L.P. d/b/a Smith & Wollensky in the above-captioned matter.

Dated: May 8, 2007
   New York, New York

                ____/S/_____
                A. Michael Weber (AMW 8760)

                LITTLER MENDELSON, P.C.
                885 Third Avenue, 16th Floor
                New York, New York 10022-4834
                Telephone: 212.583.9600

                Attorneys for Defendant