# THE LAW OFFICE OF
# DENISE M. CLARK



December 6, 2007

**VIA FACSIMILE: (212) 805-0436**
United States Courthouse
Chambers of Judge Gerard E. Lynch
500 Pearl Street, Room 910
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/7/07
```

Re:   **HEREIU Funds, etc., et al. v. St. James Associates, L.P.; Case #07-3518**

Dear Judge Lynch:

On behalf of the parties in this action, I am requesting that we be provided until January 6, 2008 to finalize the settlement of this litigation.

On September 26, 2007, I advised the court that the parties wanted to postpone the September 28, 2007 status conference to October 26, 2007. I again advised the court that a further continuance was necessary in order that the local union and the Defendant could complete their contract negotiations, and submit the agreement to the local membership for ratification, which you granted until December 6, 2007. I again make a request that this court grant the parties an additional 30 days, until January 6, 2008, to complete the settlement agreement between them and dismiss this case. I fully recognize that this case has been on your docket for more than six months without either party appearing before you. However, I would not make another request but for my sincere belief that this settlement can be finalized before January 6, 2008.

Opposing counsel in this matter, Orit Goldring, Esq., with the law firm Littler Mendelson, P.C., has been advised of this request, and has no objection.

If you have any questions, please do not hesitate to call me at (202) 293-0015.

Sincerely,

Denise Clark, Esq.

cc:   Orit Goldring, Esq. (via electronic mail)
      Andrea Flaherty (via electronic mail)

*SO ORDERED

GERARD E. LYNCH, U.S.D.J.
12/6/07

WWW.BENEFITCOUNSEL.COM
1250 CONNECTICUT AVE. NW, SUITE 200, WASHINGTON, DC 20036 · DMCLARK@BENEFITCOUNSEL.COM · TEL: 202-293-0015 · FAX: 202-293-0115