UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

HOTEL EMPLOYEES AND RESTAURANT
EMPLOYEES INTERNATIONAL UNION
WELFARE FUND, et al.,

                Plaintiff,                07 Civ. 3518 (GEL)

    -against-                         ORDER

ST. JAMES ASSOCIATES, L.P.,

                Defendant.

----------------------------------------------------------x

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 1/11/08*

GERARD E. LYNCH, District Judge:

       This action was discontinued without prejudice on November 7, 2007, after the parties advised the Court that they had settled all claims. That order permitted the action to be restored to the Court's calendar, provided such an application be made within 30 days of that order. Subsequently, the plaintiff requested that they be permitted until January 6, 2008, to finalize their settlement with the defendant, which request was granted by order on December 6, 2007. The plaintiff has since informed the Court that the settlement has not been finalized, and the plaintiff requests that the matter be placed back on the Court's docket. Accordingly, it is hereby ordered that:

1.     The above-captioned matter is reopened and placed back on the Court's docket.

2.     The parties shall appear for an initial conference on January 22, 2008, at 12:45 p.m., in Courtroom 6B, 500 Pearl Street, New York, NY.

SO ORDERED.

Dated: New York, New York
       January 10, 2008

                                                    GERARD E. LYNCH
                                                    United States District Court