UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Hotel Employees and Restaurant Employees International Union Welfare Fund, Hotel Employees and Restaurant Employees International Union Pension Fund, and H.W. Ward as Fiduciary of Hotel Employees and Restaurant Employees International Union Welfare Fund and Hotel Employees and Restaurant Employees International Union Pension Fund,

        Plaintiffs

- against -

St. James Associates, L.P. d/b/a Smith & Wollensky

        Defendant.

07 CV 03518 (GEL)

**STIPULATION AND ORDER OF DISCONTINUANCE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/22/08

    In accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties to the above-captioned action hereby stipulate, through the undersigned counsel of record, that the above-captioned action and all claims and causes of action asserted therein are hereby withdrawn and discontinued, with prejudice, and without judicial apportionment of costs or attorneys' fees to any party.

Dated: _____, 2008
New York, New York

_____
Denise M. Clark (DC 9412)
The Law Office of Denise M. Clark, PLLC
1250 Connecticut Ave, N.W., Suite 200
Washington, D.C. 20036
202.293.0015
Attorneys for Plaintiffs

Dated: January 22, 2008
New York, New York

_____
Orit Goldring (OG 1023)
Littler Mendelson, P.C.
885 Third Avenue, 16th Floor
New York, New York 10022
212.583.9600
Attorneys for Defendant

So Ordered.

Dated: _____, 2008

_____
1/22/08
United States District Jud[ge]